No. 44, Orig. TEXAS *v.* MITCHELL, ATTORNEY GEN-ERAL. Motion for leave to file bill of complaint granted. Motion of the State of Indiana for leave to participate in oral argument as *amicus curiae* denied. Motion of the State of Indiana for leave to join the State of Arkansas et al. in *amicus curiae* brief of State of Indiana granted.

No. 46, Orig. UNITED STATES *v.* ARIZONA. Motion for leave to file bill of complaint granted. Motion of defendant for permission for two attorneys for leave to participate in oral argument granted.

No. 47, Orig. UNITED STATES *v.* IDAHO. Motion for leave to file bill of complaint granted. Motion of the Commonwealth of Virginia for leave to participate in oral argument as *amicus curiae* denied.